Opinion by LAWRENCE, J, In accordance with stipulation of counsel that the merchandise consists of horns and sirens similar in all material respects to those the subject of *G. Joannou Cycle Co., Inc.* v. *United States* (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiffs was sustained.

No. 69140.—Costa International Corp. *v.* United States, protest 62/17726 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of woven-wire cloth, suitable in the manufacture of Four-drinier wires, similar in all material respects to that the subject of *Costa International Corp.* v. *United States* (49 Cust. Ct. 120, C.D. 2369), the claim of the plaintiff was sustained.

No. 69141.—Freedman & Slater, Inc. *v.* United States, protest 64/14647 (New York).

Opinion by LAWRENCE, J. The official papers disclosing that the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930 (19 U.S.C. § 1514).

No. 69142.—Robert Bosch Corp. *v.* United States, protests 60/17452, etc. (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of spark plugs similar in all material respects to those the subject of *Lodge Spark Plug Co.* v. *United States* (49 Cust. Ct. 158, C.D. 2379), the claim of the plaintiff was sustained.

No. 69143.—Williams Clark Company and Toshio Watanabe et al. *v.* United States, protests 63/9830, etc. (Los Angeles).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of spark plugs similar in all material respects to those the subject of *Lodge Spark Plug Co.* v. *United States* (49 Cust. Ct. 158, C.D. 2379), the claim of the plaintiffs was sustained.

**No. 69144.**—Keuffel & Esser Co. *v.* United States, protests 64/124 and 64/2261 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of drawing instrument cases similar in all material respects to those the subject of Abstract 59557, the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, MARCH 18, 1965

**No. 69145.**—W. R. Zanes & Co. *v.* United States, protest 320921–K (Galveston).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 CCPA 152, C.A.D. 750), the claim of the plaintiff was sustained.

**No. 69146.**—A & A Trading Corp. *v.* United States, protest 314734–K (New York).